# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 3:18-bk-31541 |
| | : | |
| **Richard Stephen Williams,** | : | Judge Guy R. Humphrey |
| | : | |
| Debtor. | : | Chapter 7 |

## NOTICE OF WITHDRAWAL OF DOC. 36 – MOTION FOR ABSTENTION

Counsel for Tara Brown withdraws the Motion for Abstention (Doc. 36) submitted on April 9, 2019 for the reason that it should have been filed in the related adversary proceeding.

/s/ Craig T. Matthews
---

Craig T. Matthews (0029215)
320 Regency Ridge Drive
Dayton, Ohio 45459
Telephone: (937) 434-9393
Facsimile: (937) 434-9398
Email: cmatthews@ctmlaw.com
*Counsel for Tara Brown*

# CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Motion for Abstention was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on April 11, 2019 addressed to:

David T. Davidson,

Attorney for Defendant,

Richard Stephen Williams

2 South Third Street, Suite 301

Hamilton, Ohio 45011

Richard Stephen Williams, Debtor

2973 Jamestown Gunnersville Road

Jamestown, Ohio 45335

                /s/ Craig T. Matthews

                _____

                Craig T. Matthews (0029215)